UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
:
SHIRLEY A. DIMPS-HALL,                                              :
:
Plaintiff,                                      :
:                          25-cv-00421 (LJL)
-v-                                                :
:                              ORDER
:
EMPLOYEE BENEFIT PLAN ADMINISTRATION              :
COMMITTEE HSBC – NORTH AMERICA,                   :
:
Defendant.                                 :
:
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2026

LEWIS J. LIMAN, United States District Judge:

Plaintiff Shirley A. Dimps-Hall aka Shirley A. Dimps ("Plaintiff") moves for an order

lifting the stay of discovery in this case, Dkt. No. 33 and moves for reconsideration of the

Court's prior order staying discovery, Dkt. No. 36.  Plaintiff has also filed a renewed motion to

compel the production of documents.  Dkt. No. 47.  Plaintiff has filed a motion to file an

amended complaint.  Dkt. No. 44.  Finally, Plaintiff has filed a motion for leave to file sur-reply

in further support of her opposition to Defendant's motion to dismiss.  Dkt. No. 48.

The motions to lift the discovery stay, to reconsider the order staying discovery, and to

compel the production of documents are DENIED.  The Court issued the stay of discovery orally

at the conference on April 24, 2025 and memorialized the stay in an order of that same date.

Dkt. No. 26.  The Court set forth its reasons for the stay of discovery in those orders:

> The motion to dismiss here appears to be strong.  Defendant also has made a
> substantial showing that only the administrative record would be relevant to the
> resolution of Plaintiff's complaint.  Finally, any prejudice to Plaintiff is overcome
> by the strength of the motion and the burden of discovery.

Dkt. No. 26 at 2.  Plaintiff has identified no facts or law that would lead the Court today to a

different conclusion.  The Court is sensitive to Plaintiff's desire to have an answer to the motion

to dismiss.  Consistent with the other demands on the Court, the Court intends to turn to the motion shortly.

The Court construes Plaintiff's motion to amend the complaint to request that the Court consider the documents filed as an amended complaint at Dkt. No. 45.  That request is granted.  Considering Plaintiff's pro se status, the Court shall consider the documents as if they were attached to the complaint.  The Court also intends to consider the documents attached to Plaintiff's memorandum of law in opposition to the motion to dismiss, Dkt. No. 27, and to the supplemental memorandum of law in opposition to the motion to dismiss, Dkt. No. 39, as if they were attached to the complaint.  The Court also grants Plaintiff's motion for leave to file sur-reply.  Dkt. No. 48.

Finally, upon review of the file, it appears that Plaintiff's Statement of Facts is not included in the document filed at Dkt. No. 1.  Plaintiff is directed to refile a copy of her original complaint.  Defendant is respectfully requested to file a copy of the original complaint by no later than January 16, 2025.

The Clerk of Court is respectfully directed to close Dkt. Nos. 33, 36, 44, 47, and 48, and to mail a copy of this Order to Plaintiff at her address on file with the Court.

SO ORDERED.

Dated: January 12, 2026
      New York, New York

                                  LEWIS J. LIMAN
                           United States District Judge

2